IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRANK J. FEDERICO, II, ESQUIRE, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. RDB 11-051 |
| BANK OF AMERICA CORPORATION, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 17th day of June 2011, ORDERED that:

1. Defendant BOA's Motion to Dismiss (ECF No.7) is GRANTED;

2. Defendant BOA's Motion to Strike Plaintiff's Amended Complaint (ECF No. 8) is GRANTED;

3. Defendant BOA's Motion to Dismiss the Amended Complaint and Napier's Motion to Dismiss the Amended Complaint are MOOT (ECF Nos. 15 & 16);

4. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel; and

5. The Clerk of the Court CLOSE THIS CASE.

/s/_____
Richard D. Bennett
United States District Judge